■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD S. CROGAN, Appellant. [833 NYS2d 421]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered June 21, 2004. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.